# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| VORTEX ENGINEERING, INC., | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 3:24-cv-00062 |
| v. | ) |
| | ) Judge Waverly D. Crenshaw, Jr. |
| RSH ASPHALT MANTENANCE, LLC, H & H ASPHALT PAVING, LLC, RODNEY HEIL, and HENRY HEIL, | ) Magistrate Judge Jeffery S. Frensley ) ) ) |
| Defendants. | ) ) |

## ORDER ON MOTIONS FOR ENTRY OF DEFAULT

On February 26, 2024, Plaintiff Vortex Engineering, Inc filed four Motions for Entry of Default pursuant to Federal Rule of Civil Procedure 55(a) against Defendants RSH Asphalt Maintenance, LLC, H & H Asphalt Paving, LLC, Rodney Heil, and Henry Heil. (Doc. Nos. 14, 15, 16, and 17). On April 12, 2024, Plaintiff filed a Notice of Settlement. (Doc. No. 18). In light of the Notice of Settlement, the Clerk **DENIES** Plaintiff's Motions for Entry of Default without prejudice.

s/ Lynda M. Hill<br>
Lynda M. Hill<br>
Clerk of Court